UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

GABRIEL PAUL SALAS,
a.k.a. Gabriel Salas and
Gabriel Paul Salascio,
(Tarrant No. 0565059),

    **Plaintiff,**

v.              Civil No. 4:22-cv-282-P

ARIANA GRANDE, et al.,

    **Defendants.**

## FINAL JUDGMENT

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58, it is **ORDERED, ADJUDGED,** and **DECREED** that this case is **DISMISSED** as barred by the three strikes provision of 28 U.S.C. § 1915(g).

**SIGNED** this **11th day** of **April, 2022.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE